Derian Douglas HICKMAN, Appellant

v.

BANK OF AMERICA, et al., Appellees.

No. 10–7090.

United States Court of Appeals,
District of Columbia Circuit.

Nov. 15, 2010.

Rehearing En Banc Denied
Dec. 30, 2010.

Derian Douglas Hickman, Washington, D.C., pro se.

BEFORE: SENTELLE, Chief Judge; and ROGERS and KAVANAUGH, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed June 15 2010, be affirmed. The district court properly dismissed appellant's complaint as frivolous. *See, e.g., Neitzke v. Williams,* 490 U.S. 319, 328, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.